UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BELLA RENEE JONES, SHALLEY LEA BUZARD, LAMISA HODGE, CARMEN HONACKER, NORA MARIE MAFFEI, DEBRA LEE MUNN, CYNTHIA BONITA THOMPSON, SHELLY RAE DAVIS, WANDA B. HARMON, FLORA JEAN PRICE, TONYA MARIE HURD, NICOLE BRADFORD BOOTHE, KATHERINE MARIE PETERS, CAROLYN ANN MEYERS, and ANITA ANN OWENS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　Defendant. | CAUSE NO. 1:15-CV-701-JMS-MJD |

**PARTIES' JOINT JURISDICTIONAL STATEMENT**

The Parties state that Plaintiffs, Bella Renee Jones, Shalley Lea Buzard, Carmen Honacker, Nora Marie Maffei, Debra Lee Munn, Cynthia Bonita Thompson, Shelly Rae Davis, Wanda B. Harmon, Flora Jean Price, Nicole Bradford Boothe, Katherine Marie Peters, Carolyn Ann Meyers and Anita Ann Owens each provided a Declaration of Citizenship to counsel for Defendant Eli Lilly and Company ("Lilly"). Plaintiffs Lamisa Hodge and Tonya Marie Hurd have not provided declarations of citizenship, and the parties intend to stipulate to the dismissal without prejudice of the claims of Lamisa Hodge and Tonya Marie Hurd.

Accordingly, pursuant to the Court's Order of September 22, 2015 [Filing No. 14], the Parties submit the following Joint Jurisdictional Statement:

1. Plaintiff Bella Renee Jones is a citizen of the State of Kentucky and a resident of Hyden, Kentucky. Plaintiff Bella Renee Jones is not a citizen of the State of Indiana.

2. Plaintiff Shalley Lea Buzard is a citizen of the State of Kentucky and a resident of Pikeville, Kentucky. Plaintiff Shalley Lea Buzard is not a citizen of the State of Indiana.

3. Plaintiff Carmen Honacker is a citizen of the State of California and a resident of Santa Clara, California. Plaintiff Carmen Honacker is not a citizen of the State of Indiana.

4. Plaintiff Nora Marie Maffei is a citizen of the State of Illinois and a resident of Wheeling, Illinois. Plaintiff Nora Marie Maffei is not a citizen of the State of Indiana.

5. Plaintiff Debra Lee Munn is a citizen of the State of Washington and a resident of Newman Lake, Washington. Plaintiff Debra Lee Munn is not a citizen of the State of Indiana.

6. Plaintiff Cynthia Bonita Thompson is a citizen of the State of Alabama and resident of Repton, Alabama. Plaintiff Cynthia Bonita Thompson is not a citizen of the State of Indiana.

7. Plaintiff Shelly Rae Davis is a citizen of the State of Utah and a resident of Riverton, Utah. Plaintiff Shelly Rae Davis is not a citizen of the State of Indiana.

8. Plaintiff Wanda B. Harmon is a citizen of the State of Kentucky and a resident of Allen, Kentucky. Plaintiff Wanda B. Harmon is not a citizen of the State of Indiana.

9. Plaintiff Flora Jean Price is a citizen of the State of Tennessee and a resident of Antioch, Tennessee. Plaintiff Flora Jean Price is not a citizen of the State of Indiana.

10. Plaintiff Nicole Bradford Boothe is a citizen of the State of Alabama and a resident of Fairhope, Alabama. Plaintiff Nicole Bradford Boothe is not a citizen of the State of Indiana.

11. Plaintiff Katherine Marie Peters is a citizen of the State of Virginia and a resident of Norfolk, Virginia. Plaintiff Katherine Marie Peters is not a citizen of the State of Indiana.

12. Plaintiff Carolyn Ann Meyers is a citizen of the State of Iowa and a resident of Oelwein, Iowa. Plaintiff Carolyn Ann Meyers is not a citizen of the State of Indiana.

13. Plaintiff Anita Ann Owens is a citizen of the State of Ohio and a resident of Springdale, Ohio. Plaintiff Anita Ann Owens is not a citizen of the State of Indiana.

14. Defendant Eli Lilly and Company is a corporation organized under the laws of the State of Indiana with its principal place of business in Indianapolis, Marion County, Indiana.

<del>
</del>

15. This Court has diversity jurisdiction over the claims of Plaintiffs Bella Renee Jones, Shalley Lea Buzard, Carmen Honacker, Nora Marie Maffei, Debra Lee Munn, Cynthia Bonita Thompson, Shelly Rae Davis, Wanda B. Harmon, Flora Jean Price, Nicole Bradford Boothe, Katherine Marie Peters, Carolyn Ann Meyers and Anita Ann Owens under 28 U.S.C. § 1332(a) in that the dispute is between citizens of different states and, although Lilly denies that any Plaintiff is entitled to recover any amount in damages, the amount in controversy as to each of these Plaintiffs exceeds $75,000.00, exclusive of interest and costs.

16. The parties intend to file a stipulation of dismissal as to the claims of Plaintiffs Lamisa Hodge and Tonya Marie Hurd, so the citizenship of Lamisa Hodge and/or Tonya Marie Hurd is no longer at issue in the above-entitled cause.

Dated: October 7, 2015.

Respectfully submitted,

ICE MILLER LLP

*s/ Nancy Menard Riddle*
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax:  317-592-4740
Email:  Nancy.Riddle@icemiller.com
Mary Nold Larimore, #9877-49
Phone:  317-236-2407
Fax:  317-592-4688
Email:  Larimore@icemiller.com
One American Square
Suite 2900
Indianapolis, IN  46282-0200

*Counsel for Defendant Eli Lilly and Company*

BAUM HUDLUND ARISTEI & GOLDMAN, P.C.

*s/ Brent Wisner* (with consent)
R. Brent Wisner
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Phone: (310) 207-3233
Fax: (310) 820-7444

Diane Marger Moore
dmargermoore@baumhedlundlaw.com
201 North Illinois Street
16th Floor – South Tower
Indianapolis, IN  46204
Phone: (317) 610-3437
Fax: (317) 610-3202

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Diane Marger Moore
dmargermoore@baumhedlundlaw.com

Robert Brent Wisner
rbwisner@baumhedlundlaw.com

/s/ *Nancy Menard Riddle*
Nancy Menard Riddle

I\6544551.1